**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID E. RUSSO, SB# 112023
　Email: David.Russo@lewisbrisbois.com
LYNN L. KRIEGER, SB# 209592
　Email: Lynn.Krieger@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Plaintiff, PAN OCEAN CO. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PAN OCEAN CO. LTD.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLEARLAKE SHIPPING PTE LTD.,<br><br>　　　　Defendant. | CASE NO. 3:18-cv-03513-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Fed. R.Civ. P. 41(a)(1)(A)(i)** |

　　　　In accordance with Fed. R. Civ. P. 41(a)(1)(A)(1), plaintiff PAN OCEAN CO. LTD. gives notice that this action is voluntarily dismissed, without prejudice, against defendant CLEARLAKE SHIPPING PTE LTD.

DATED: September 7, 2018　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP


　　　　　　　　　　　　　　　　　By:　  /s/ Lynn L. Krieger
　　　　　　　　　　　　　　　　　　　　David E. Russo
　　　　　　　　　　　　　　　　　　　　Lynn L. Krieger
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, PAN OCEAN CO. LTD.